### FITTS v. BEARDSLEY.

*(Supreme Court, General Term, Fifth Department.* December 30, 1889.)

No opinion. Order denying motion to correct judgment in each case affirmed, without costs. See 8 N. Y. Supp. 567, 947.

### FITTS v. BEARDSLEY.

*(Supreme Court, General Term, Fifth Department.* December 30, 1889.)

No opinion. Order in each case affirmed, with $10 costs and disbursements. See 8 N. Y. Supp. 567, 947.

### GALUSHA v. GALUSHA.

*(Supreme Court, General Term, Fifth Department.* December 30, 1889.)

No opinion. Appeal dismissed on recent decision of court of appeals in this case, (22 N. E. Rep. 1114,) without costs to either party.

### HILLIARD v. JONES.

*(Supreme Court, General Term, Fifth Department.* December 30, 1889.)

No opinion. Order affirmed, with $10 costs and disbursements.

### HOFFIELD v. CITY OF BUFFALO.

*(Supreme Court, General Term, Fifth Department.* December 30, 1889.)

No opinion. Judgment affirmed, without costs. See *O'Reilley* v. *City of Kingston,* 114 N. Y. 440, 21 N. E. Rep. 1004.

### HOWARD v. MASONIC GUILD & MUT. BEN. ASS'N.

*(Supreme Court, General Term, Fifth Department.* December 30, 1889.)

No opinion. Appeal not considered, for the reason that the appeal-book contains no certificate of the clerk of Cattaraugus county that the same contains a copy of the case, exceptions, judgment roll, or other papers filed in his office.

### In re HURD.

*(Supreme Court, General Term, Fifth Department.* December 30, 1889.)

No opinion. Order affirmed, with $10 costs and disbursements.

### In re KEEGAN'S WILL.

*(Supreme Court, General Term, Fifth Department.* December 30, 1889.)

No opinion. Appeal dismissed, for the reason that Michael Keegan, devisee of the life-estate, and who was a party to the proceeding below, was not made a party to the appeal. Code Civil Proc. § 2573; *Patterson* v. *Hamilton,* 26 Hun, 665. For former reports, see 3 N. Y. Supp. 959; 7 N. Y. Supp. 952.